# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

In Re:  
Catherine Delores Glandon  
xxx−xx−8368

Case Number: 1:19−bk−12767−NWW  
Chapter: 13

    Debtor(s)

## NOTICE OF FILING

## Claim #1

    Please be advised pursuant to Federal Rule of Bankruptcy Procedure 3004 that a proof of claim #1 has been filed on behalf of Bank of America in this case by Debtor.

Dated: 10/15/19

    William T. Magill  
    Clerk of the Bankruptcy Court

    By: __cfy__  
    Deputy Clerk